**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth A. Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**MANNING LAW, APC**
Joseph R. Manning, Jr. (223381)
info@manninglawoffice.com
4667 MacArthur Blvd., Ste. 150
Newport Beach, CA 92660
Telephone: (949) 200-8755
Facsimile: (866) 843-8308

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Katie Hiller

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATIE HILLER,**<br><br>Plaintiff,<br><br>v.<br><br>**FIRST ELECTRONIC BANK,**<br><br>Defendant. | **Case No.:** CV18-1730 JVS (ADSx)<br><br>**PLAINTIFF KATIE HILLER'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A)**<br><br>**HON. JAMES V. SELNA** |

Plaintiff KATIE HILLER ("Plaintiff") hereby moves to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Dated: June 14, 2019                                          Respectfully submitted,

                                                                    **KAZEROUNI LAW GROUP, APC**

                                       By: ___/s Matthew M. Loker____
                                                       MATTHEW M. LOKER, ESQ.
                                                       ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Voluntary Dismissal* has been filed this 14th day of June 2019, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                       ___/s/ Matthew M. Loker___
                                                           Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626