JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATIE HILLER,**<br><br>Plaintiff,<br><br>v.<br><br>**FIRST ELECTRONIC BANK,**<br><br>Defendant. | **Case No.:** SACV18-1730 JVS (ADSx)<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>**HON. JAMES V. SELNA** |

Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders this action to be, and is, dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 6/14/2019

_____
Hon. James V. Selna
United States District Court Judge